**Renee R. BERRY, Plaintiff—Appellant,**

**v.**

**Gary LOCKE, Secretary, Department of Commerce, Defendant— Appellee.**

No. 09–1084.

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2009.

Decided: Aug. 17, 2009.

Renee R. Berry, Appellant Pro se. Leslie Bonner McClendon, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Renee R. Berry appeals the district court's order granting the Defendant's motion to dismiss and dismissing her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Berry v. Locke,* No. 1:08–cv–00459–JCC–TRJ (E.D.Va. Nov. 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*